# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **PATRIOT ANGELS CONSULTING CORP.,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **NO. 3:24-cv-00717** |
| | **)** | |
| **UNITED STATES LIABILITY** | **)** | **JUDGE CAMPBELL** |
| **INSURANCE COMPANY,** | **)** | **MAGISTRATE JUDGE FRENSLEY** |
| | **)** | |
| **Defendant.** | **)** | |

## ORDER

The Court has been advised that this action is settled. (*See* Mediator Report, Doc. No. 47). Accordingly, the trial and pretrial conference scheduled in February 2026 are **CANCELLED**, and the Clerk is **DIRECTED** to administratively close the file.

On or before **February 16, 2026**, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice February 16, 2026.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE